UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN BARRIENTOS MARTINEZ and JESUS MARTINEZ GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUVIL FRUIT COMPANY, INC.,<br><br>Defendant. | NO: 2:16-CV-356-RMP<br><br>ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER |

BEFORE THE COURT is the parties' Stipulated Motion for a Protective Order Regarding Handling of Confidential Material, ECF No. 22. The Court has reviewed the stipulation, the record, and is fully informed. The Court finds good cause to enter the protective order, which will be entered as a separate document in the record.

Accordingly, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for a Protective Order Regarding Handling of Confidential Material, **ECF No. 22**, is **GRANTED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** January 17, 2017.

                                            *s/ Rosanna Malouf Peterson*
                                           ROSANNA MALOUF PETERSON
                                               United States District Judge

ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER ~ 1