# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

10/10/18

SEAN F. McAVOY, CLERK

Juan Barrientos Martinez and Jesus Martinez Gutierrez, individually and on behalf of all others similarly situated

*Plaintiff*

v.

Auvil Fruit Company Inc

*Defendant*

Civil Action No. 2:16-cv-00356-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All of Plaintiffs' Released Claims are dismissed with prejudice as to all Settlement Class Members. The dismissal is without costs or attorneys' fees, except as otherwise ordered. Judgment of dismissal is entered without prejudice to the rights of the parties to enforce the terms of the Settlement Agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for Final Approval of Class Action Settlement, ECF No. 56.

Date: 10/10/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler